**Electronically Filed
Supreme Court
SCWC-21-0000669
04-AUG-2025
07:59 AM
Dkt. 34 OGAC**

SCWC-21-0000669

IN THE SUPREME COURT OF THE STATE OF HAWAI#I

---

PL III, LLC, a Hawaii limited liability company,
Petitioner and Respondent/Plaintiff/
Counterclaim Defendant-Appellant,
and
ARICK B. YANAGIHARA,
Respondent and Petitioner/Plaintiff/
Counterclaim Defendant-Appellant,
and
MICHAEL H. NEKOBA; WILLIAM G. BOYLE; and ANITA MATSUZAKI,
Respondents/Plaintiffs-Appellants,
vs.
PUU LANI RANCH CORP., a Hawaii Corporation,
Respondent/Defendant/Counterclaimant-Appellee
and
F. NEWELL BOHNETT, as Trustee under that certain unrecorded
Revocable Living Trust Agreement dated July 29, 1981,
made by F. Newell Bohnett, as Settlor; and F. NEWELL BOHNETT,
in his individual capacity, Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000669; CASE NO. 3CC11100433K)

ORDER ACCEPTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Somerville, in place of Recktenwald, C.J., recused)

Petitioner PL III, LLC's Application for Writ of
Certiorari, filed on June 5, 2025, and Petitioner Arick B.
Yanagihara's Application for Writ of Certiorari, filed on June
6, 2025, are hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, August 4, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Rowena A. Somerville

